## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 14-19653 ELF |
|     Dmitry Kipervas | : Chapter 13 |
| | : |
| Bank of America, N.A. c/o Shellpoint Mortgage Servicing | : |
|               Movant | : |
| vs. | : |
| Dmitry Kipervas | : |
|             Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
|             Trustee/Respondent | : |

## CERTIFICATION OF SERVICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    I, Danielle Boyle-Ebersole, attorney for the Movant, Bank of America, N.A. c/o Shellpoint Mortgage Servicing hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, or Electronic Mail on **August 1, 2016** upon the following:

Carol B. McCullough, Esquire  
Via ECF  
*Attorney for Debtor*

Dmitry Kipervas  
2760 Sunflower Way  
Huntingdon Valley, PA 19006  
Via First Class Mail  
*Debtor*

William C. Miller, Esquire  
Via ECF  
*Trustee*

Dated: 08/01/2016

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121