# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Dmitry Kipervas | : Bankruptcy No. 14-19653 ELF<br>: Chapter 13 |
| Bank of America, N.A. c/o Shellpoint Mortgage Servicing | : |
|                    Movant | : |
|         vs. | : |
| Dmitry Kipervas | : |
|             Debtor/Respondent | : |
|         and | : |
| William C. Miller, Esquire | : |
|             Trustee/Respondent | : |

## ORDER

AND NOW, this  25th  day of     August         , 2016, upon the Motion of Movant, Bank of America, N.A. c/o Shellpoint Mortgage Servicing, it is hereby:

ORDERED THAT: the Motion is granted as to Movant and its successors, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified with respect to the premises, 1431 Lardner St., Philadelphia, PA 19149 to permit the Movant to exercise its in rem remedies under applicable nonbankruptcy law.

**Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**