United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 14-19653-elf
Dmitry Kipervas                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: ChrissyW            Page 1 of 2              Date Rcvd: Aug 25, 2016
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 27, 2016.
db             +Dmitry Kipervas,    2760 Sunflower Way,    Huntingdon Valley, PA 19006-5444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 25, 2016 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Dmitry  Kipervas mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    BANK OF AMERICA, N.A.
               debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Bank of America, N.A. c/o Shellpoint Mortgage
               Servicing debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              GLENN M. ROSS    on behalf of Creditor    Stonebridge Condominium Association
               glennrosspc@comcast.net
              JEROME B. BLANK    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES,
               LLC ITS SERVICING AGENT bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    JPMorgan Chase Bank, National Association et al.
               pabk@logs.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              PHILLIP D. BERGER    on behalf of Creditor    TD Bank, N.A., successor to Commerce Bank, N.A.
               berger@bergerlawpc.com,    kaufmann@bergerlawpc.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Credit Acceptance c/o Morton & Craig LLC
               mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    PennyMac Loan Services, LLC
               wmiller@sterneisenberg.com,    nmiller@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY  MERGER TO
               BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP
               wmiller@sterneisenberg.com,    nmiller@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A. wmiller@sterneisenberg.com,
               nmiller@sterneisenberg.com

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2            Date Rcvd: Aug 25, 2016
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 24

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>   Dmitry Kipervas | : Bankruptcy No. 14-19653 ELF<br>: Chapter 13<br>:<br>: |
| Bank of America, N.A. c/o Shellpoint<br>Mortgage Servicing | :<br>:<br>: |
|               Movant | :<br>: |
|       vs. | :<br>: |
| Dmitry Kipervas | :<br>:<br>: |
|               Debtor/Respondent | :<br>: |
|    and | :<br>: |
| William C. Miller, Esquire | :<br>: |
|               Trustee/Respondent | : |

**ORDER**

      AND NOW, this 25th day of August, 2016, upon the Motion of Movant, Bank of America, N.A. c/o Shellpoint Mortgage Servicing, it is hereby:

      ORDERED THAT: the Motion is granted as to Movant and its successors, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362 of the Bankruptcy Code is modified with respect to the premises, 1431 Lardner St., Philadelphia, PA 19149 to permit the Movant to exercise its in rem remedies under applicable nonbankruptcy law.

      **Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**