IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: DMITRY KIPERVAS ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| AMERICAN CREDIT ACCEPTANCE ) | CASE NO. 14-19653 (ELF) |
| **Moving Party** ) | |
| ) | HEARING DATE: **9-15-16 at 10:00 AM** |
| v. ) | |
| DMITRY KIPERVAS ) | |
| **Respondent(s)** ) | 11 U.S.C. 362 |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |
| ) | |

### ORDER MODIFYING THE AUTOMATIC STAY
### AS TO PERSONAL PROPERTY

Upon the motion of American Credit Acceptance, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is modified pursuant to 11 U.S.C. §362(d) to permit the movant to pursue the movant's in rem rights in the personal property described as a **2007 Mini Cooper** bearing vehicle identification number WMWMF73527TT83137 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**Order entered by default.**

Dated: 9/15/16

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**