IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Dmitry Kipervas,<br>    Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC as servicer for Deutsche Bank Trust Company Americas as Trustee for Residential Accredit Loans, Inc Pass Through Certificates 2006-QO6,<br>    Movant,<br>v.<br>Dmitry Kipervas,<br>    Debtor,<br><br>William C. Miller, Trustee,<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>14-19653/ELF<br><br>11 U.S.C. § 362 |

**O R D E R**

AND NOW, this  21st  day of   September  , 2016, after certification of default under the terms of this Court's Order of June 20, 2016, it is

**ORDERED** that the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 1431 Stevens Street, Philadelphia, PA 19149; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

FURTHER **ORDERED** that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**