United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-19653-elf
Dmitry Kipervas                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: PaulP              Page 1 of 2           Date Rcvd: Sep 21, 2016
                               Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 23, 2016.
db             +Dmitry Kipervas,    2760 Sunflower Way,    Huntingdon Valley, PA 19006-5444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 21, 2016 at the address(es) listed below:
          CAROL B. MCCULLOUGH    on behalf of Debtor Dmitry  Kipervas mcculloughheisenberg@gmail.com,
           G25217@notify.cincompass.com
          DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage LLC BNCmail@w-legal.com,
           DanS@w-legal.com
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    BANK OF AMERICA, N.A.
           debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Bank of America, N.A. c/o Shellpoint Mortgage
           Servicing debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
          GLENN M. ROSS    on behalf of Creditor    Stonebridge Condominium Association
           glennrosspc@comcast.net
          JEROME B. BLANK    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES,
           LLC ITS SERVICING AGENT bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC Et Al...
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
          KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor    JPMorgan Chase Bank, National Association et al.
           pabk@logs.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
           bkecf@milsteadlaw.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           james.feighan@phila.gov
          PHILLIP D. BERGER    on behalf of Creditor    TD Bank, N.A., successor to Commerce Bank, N.A.
           berger@bergerlawpc.com,   kaufmann@bergerlawpc.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    American Credit Acceptance c/o Morton & Craig LLC
           mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    PennyMac Loan Services, LLC
           wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY  MERGER TO
           BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP
           wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A. wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Sep 21, 2016
                              Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
                                                                                                                                                                   TOTAL: 24

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Dmitry Kipervas,<br>    Debtor. | CHAPTER 13 |
| Nationstar Mortgage LLC as servicer for<br>Deutsche Bank Trust Company Americas as<br>Trustee for Residential Accredit Loans, Inc<br>Pass Through Certificates 2006-QO6,<br>    Movant,<br>v.<br>Dmitry Kipervas,<br>    Debtor,<br><br>William C. Miller, Trustee,<br>   Additional Respondent. | BANKRUPTCY CASE NUMBER<br>14-19653/ELF<br><br>11 U.S.C. § 362 |

**O R D E R**

AND NOW, this  21st  day of  September , 2016, after certification of default under the terms of this Court's Order of June 20, 2016, it is

**ORDERED** that the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362, is lifted to allow Movant, or its successors, if any, to proceed with, or to resume proceedings in Mortgage Foreclosure, including, but not limited to Sheriff's or Marshal's Sale of 1431 Stevens Street, Philadelphia, PA 19149; and to take action, by suit or otherwise as permitted by law, in its own name or the names of its assignee, to obtain possession of said premises; and it is

FURTHER **ORDERED** that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**