STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA
## (PHILADELPHIA)

| | |
|---|---|
| In Re:<br>     Dmitry Kipervas<br>     Debtor(s)<br>-----------------------------------<br>Bank of America, N.A.<br>        Movant<br>v.<br><br>Dmitry Kipervas<br>     Debtor(s)<br><br>William C. Miller<br>Chapter 13 Trustee,<br>     Respondent(s) | Chapter 13<br><br>Case Number: 14-19653-elf |

### ORDER

     AND NOW, this ___18th___ day of ___November___, 2016, upon the motion of Bank of America, N.A. and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court, it is **ORDERED** that Movant, Bank of America, N.A. (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 (and §1301) to proceed with enforcement of all *in rem* rights Movant has under state and federal law concerning the real property located at 1457 LARDNER STREET, PHILADELPHIA, PA 19149

     It is further **ORDERED** that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived and the requirements of Rule 3002.1 shall not apply to Movant.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**