**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA
900 MARKET STREET, SUITE 201
PHILADELPHIA, PA 19107-4298

CHAMBERS OF
**ERIC L. FRANK**
CHIEF U.S. BANKRUPTCY JUDGE

(215) 408-2970
Chambers_of_Chief_Judge_Eric_Frank@paeb.uscourts.gov

December 2, 2016

Wendy Sullivan
868 W. Street Road No. 149
Warminster, PA 18974

    RE:    **In re: Dmitry Kipervas**
               **Bky. No. 14-19653**

Dear Ms. Sullivan:

    I am writing on behalf of Chief Judge Eric Frank, who received the courtesy copy of your letter dated November 18, 2016 to the Chapter 13 Trustee, William Miller, regarding the above-referenced bankruptcy case.

    Frequently, when Judge Frank receives correspondence from a party in interest, the correspondence requests that the court take some action and therefore, the correspondence functions much like a pleading or a motion. In accordance with Judge Frank's regular practice, I posted your letter on the docket so that all parties in interest have notice.

    Please be advised that it is inappropriate for a party in interest to send letters directly to a Bankruptcy Judge, particularly if the correspondence pertains to issues currently before the judge that may require a formal evidentiary hearing. Kindly refrain from sending any future correspondence to Judge Frank concerning this matter. If you have any concerns regarding the above case you or your attorney may either file a motion to appear before Judge Frank, or contact Mr. Miller directly.

                             Very truly yours,

                             Samantha Levy Green, Esquire
                             Law Clerk to the Honorable Eric L. Frank

/SJL