# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Dmitry Kipervas | 14-19653 ELF |
| | Chapter 13 Proceeding |
| Debtor(s) | |
| | Related to Document #214&215: |
| Wells Fargo Bank, NA | Hearing Date:  12/28/2016 at 10:00am |
| Movant | |
| v. | |
| Dmitry Kipervas and<br>William C. Miller, Esquire | |
| Respondents | |

## CERTIFICATE OF NO RESPONSE
## TO MOTION FOR RELIEF

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on November 29, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **12/14/2016**.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,
POWERS KIRN &ASSOCIATES, LLC

By:     **_/s/ Jill Manuel-Coughlin, Esquire_**
By:  Jill Manuel-Coughlin
Attorney ID #     63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Facsimile: 215-942-8661
E-mail: Jill@pkjllc.com
Attorney for Movant
DATED:  December 16, 2016

10-0555

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Dmitry Kipervas<br><br><div align="right">Debtor(s)</div><br><br>Wells Fargo Bank, NA<br><div align="right">Movant</div><br>v.<br>Dmitry Kipervas and<br>William C. Miller, Esquire<br><div align="right">Respondents</div> | 14-19653 ELF<br><br>Chapter 13 Proceeding<br><br>Hearing Date:  12/28/2016 at 10:00am | |

## CERTIFICATION OF SERVICE AND NOTICE

JILL MANUEL-COUGHLIN, counsel Wells Fargo Bank, NA, hereby certifies that a copy of the foregoing Certificate of No Response was served upon the following persons by electronic notification or regular first-class mail, postage prepaid, on December 16, 2016:

### *Served Electronically*:

Carol B McCullough, Esquire
65 W. Street Road
Suite A-105
Warminster, PA  18974
Attorney for Debtor(s)

William C. Miller, Esquire
1234 Market Street, Suite 1813
Philadelphia PA  19107
Trustee

### *Served Via 1st Class Mail:*

POWERS KIRN & ASSOCIATES, LLC

By:  **/s/ Jill Manuel-Coughlin, Esquire**
By:  Jill Manuel-Coughlin
Attorney ID #     63252
Eight Neshaminy Interplex, Suite 215
Trevose, PA 19053
Telephone: 215-942-2090
Facsimile: 215-942-8661
E-mail: Jill@pkjllc.com
Attorney for Movant