**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Dmitry Kipervas<br>　　　　　　　　Debtor | Case No. 14-19653 ELF<br><br>Chapter 13 |
| WELLS FARGO BANK, N.A.<br>　　　　　　　　Movant<br>　v.<br>Dmitry Kipervas<br>and<br>William C. Miller, Esquire<br>　　　　　　　　Respondents | |

## ORDER

AND NOW, this 28th day of December 2016, it is hereby **ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to obtain all *in rem* Relief available under the Non-Bankruptcy law and its loan documents with respect to the property located at 1429 Benner Street, Philadelphia, PA 19149 .

Upon the order being granted and entered, Movant shall have the continuing authority to contact the Debtor directly to determine intent regarding the property located at 1429 Benner Street, Philadelphia, PA 19149 and/or to verify vacancy of the home.

It is further **ORDERED**, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further **ORDERED**, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

It is further **ORDERED**, that Movant is no longer required to send and/or file the Notice required by Federal Rule of Bankruptcy Procedure 3002.1.

**Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Interested Parties:

Dmitry Kipervas
2760 Sunflower Way
Huntingdon Valley, PA 19006

Carol B. McCullough, Esquire
McCullough Eisenberg, LLC
65 W. Street Road
Suite A-204
Warminister, PA 18974
Attorney for Debtor

William C. Miller, Esquire
111 South Independence Mall
Suite 583
Philadelphia, PA 19106
Trustee

Jill Manuel-Coughlin, Esquire
8 Neshaminy Interplex., Suite 215
Trevose, PA 19053
Attorney for Movant