United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-19653-elf
Dmitry Kipervas                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2            Date Rcvd: Dec 28, 2016
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2016.
db              +Dmitry Kipervas,   2760 Sunflower Way,   Huntingdon Valley, PA 19006-5444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2016                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2016 at the address(es) listed below:
          CAROL B. MCCULLOUGH    on behalf of Debtor Dmitry  Kipervas mccullougheisenberg@gmail.com,
          G25217@notify.cincompass.com
          DANIEL BRETT SULLIVAN    on behalf of Creditor   Nationstar Mortgage LLC BNCmail@w-legal.com,
          DanS@w-legal.com
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor   BANK OF AMERICA, N.A.
          debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor   Bank of America, N.A. c/o Shellpoint Mortgage
          Servicing debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
          GLENN M. ROSS    on behalf of Creditor   Stonebridge Condominium Association
          glennrosspc@comcast.net
          JEREMY JOHN KOBESKI    on behalf of Creditor   Pennymac Holdings, LLC paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor   Pennymac Holdings, LLC paeb@fedphe.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES,
          LLC ITS SERVICING AGENT bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   PENNYMAC HOLDINGS, LLC Et Al...
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC, et al pa-bk@logs.com
          KRISTEN D. LITTLE    on behalf of Creditor   Nationstar Mortgage LLC, et al pabk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor   Nationstar Mortgage LLC, et al pabk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor   Nationstar Mortgage LLC pabk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor   JPMorgan Chase Bank, National Association et al.
          pabk@logs.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
          bkecf@milsteadlaw.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
          james.feighan@phila.gov
          PHILLIP D. BERGER    on behalf of Creditor   TD Bank, N.A., successor to Commerce Bank, N.A.
          berger@bergerlawpc.com,   kaufmann@bergerlawpc.com
          THOMAS I. PULEO    on behalf of Creditor   PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC
          ITS SERVICING AGENT tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   American Credit Acceptance c/o Morton & Craig LLC
          mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
          WILLIAM EDWARD MILLER    on behalf of Creditor   BANK OF AMERICA, N.A. wmiller@sterneisenberg.com,
          bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor   PennyMac Loan Services, LLC
          wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com

District/off: 0313-2              User: PaulP              Page 2 of 2              Date Rcvd: Dec 28, 2016
                                 Form ID: pdf900          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY  MERGER TO
               BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP
               wmiller@sterneisenberg.com,   bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Bank of America, N. A. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
                                                                                         TOTAL: 27

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Dmitry Kipervas<br>                        Debtor | Case No. 14-19653 ELF |
| WELLS FARGO BANK, N.A.<br>                      Movant<br><br>    v.<br>Dmitry Kipervas<br>and<br>William C. Miller, Esquire<br>                  Respondents | Chapter 13 |

**ORDER**

AND NOW, this  28th  day of   December 2016,  it is hereby **ORDERED** that the automatic stay of 11 U.S.C. §362(a) is hereby modified to permit, WELLS FARGO BANK, N.A. and/or its successors and assigns to obtain all *in rem* Relief available under the Non-Bankruptcy law and its loan documents with respect to the property located at 1429 Benner Street, Philadelphia, PA 19149 .

Upon the order being granted and entered, Movant shall have the continuing authority to contact the Debtor directly to determine intent regarding the property located at 1429 Benner Street, Philadelphia, PA 19149 and/or to verify vacancy of the home.

It is further **ORDERED**, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further **ORDERED**, that Bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

It is further **ORDERED**, that Movant is no longer required to send and/or file the Notice required by Federal Rule of Bankruptcy Procedure 3002.1.

**Order entered by default.**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**

Interested Parties:

Dmitry Kipervas
2760 Sunflower Way
Huntingdon Valley, PA 19006

Carol B. McCullough, Esquire
McCullough Eisenberg, LLC
65 W. Street Road
Suite A-204
Warminister, PA 18974
Attorney for Debtor

William C. Miller, Esquire
111 South Independence Mall
Suite 583
Philadelphia, PA 19106
Trustee

Jill Manuel-Coughlin, Esquire
8 Neshaminy Interplex., Suite 215
Trevose, PA 19053
Attorney for Movant