## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>**DMITRY KIPERVAS**<br>              **Debtor** | **CHAPTER 13**<br><br>**BK. No. 14-19653 ELF** |

### ORDER MODIFYING SECTION 362 AUTOMATIC STAY

      **AND NOW**, this **24th day of January 2017**, upon certification of default under the parties' prior Stipulation, it is

      **ORDERED** that PENNYMAC HOLDINGS, LLC shall be permitted to reasonably communicate with the Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

      **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 5958 COLGATE, PHILADELPHIA, PA 19120(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

      **ORDERED** that Rule 4001(a)(3) is not applicable and **PENNYMAC HOLDINGS, LLC** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**