## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

:

IN RE:  **DMITRY KIPERVAS**

CHAPTER 13

( Debtor )

**Bankruptcy #14-19653-ELF**

\*\*\*

**Notice of Motion, Response Deadline and Hearing Date:**

William C. Miller, Standing Trustee has filed a Motion to Dismiss and/or Convert to a Chapter 7 as follows:

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney).

1. If you do NOT want the court to grant the relief sought in this motion, then fifteen (15) days prior to the date of the hearing listed in paragraph 3 of this notice, you or your attorney must do ALL of the following:

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(a) file an answer explaining your position at:
U.S. Bankruptcy Court
900 Market Street – Suite 400
Philadelphia, PA.  19107

(b) mail a copy to the movant:
William C. Miller, Chapter 13 Trustee
PO Box 1229
Philadelphia, PA.  19107
Phone: 216-627-1377

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and ATTEND the hearing, the court may enter an order granting the relief requested in the enclosed motion.

3. A hearing on the motion is scheduled to be held before the Chief  Hon. Eric L. Frank, **on March 28, 2017  at 1:00 pm** in Courtroom #1, U.S. Bankruptcy Court, 900 Market Street, 2nd Floor, Phila., PA. 19107.

4. You may contact the Bankruptcy Court at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

Dated:  February 24, 2017