# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :        Chapter 13
                                                :
**DMITRY KIPERVAS**
                                                :
                                                :
            Debtor(s)                           :        Bankruptcy No. 14-19653-ELF

## ORDER

      **AND NOW,** this _____day of _____2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee's Motion to Dismiss and/or Convert to a Chapter 7, and/or for such other and further relief that this Honorable Court deems just and proper and any answer filed thereto, and after a hearing it is;

      **ORDERED,** that the instant case is dismissed/converted.

_____
**CHIEF HON. ERIC L. FRANK**
**BANKRUPTCY JUDGE**

cc:

Debtor(s):
Dmitry Kipervas
2760 Sunflower Way
Huntingdon Valley, PA. 19006

Debtor's Attorney:
Carol B. McCullough, Esq.
65 W. Street Road
Suite A-204
Warminster, PA.   18974

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA  19105

Office of the U.S. Trustee – By Electronic Notice only
James B. Lambe/Frederic J. Baker
833 Chestnut Street- Suite 500
Philadelphia, PA  19107