# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Dmitry Kipervas** | : | |
| | : | |
| | : | |
| | : | Bankruptcy No. 14-19653-ELF |

## CERTIFICATE OF SERVICE

**AND NOW,** comes LeRoy Wm. Etheridge, Esquire, and certifies that he served copies of the attached Chapter 13 Standing Trustee's Motion to Dismiss case on the following parties at the address (es) listed below by first class mail and/or by electronic filing:

cc:

    **DEBTOR(S) COUNSEL**
    Carol B. McCullough, Esq
    65 W. Street Road
    Suite A-204
    Warminster, PA. 18974

    **DEBTOR**
    Dmitry Kipervas
    2760 Sunflower Way
    Huntingdon Valley, PA. 19006

    **CHAPTER 13 STANDING TRUSTEE**
    William C. Miller, Esquire
    Chapter 13 Standing Trustee
    P.O. Box 1229
    Philadelphia, PA  19105

    **UNITED STATES TRUSTEE – By electronic notice only**
    Office of U.S. Trustee
    833 Chestnut Street – Suite 500
    Philadelphia, PA  19106

**Date:** February 24, 2017                                                       /s/LeRoy Wm. Etheridge, Esquire
                                                                                    **LeRoy Wm. Etheridge, Esquire**
                                                                                    **William C. Miller, Standing Trustee**