*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF PENNSYLVANIA*

| | : | |
|---|---|---|
| IN RE:  DMITRY KIPERVAS | : | CHAPTER 13 |
| | : | |
| Debtor. | : | No. 14-19653-elf |
| | : | |

*PRAECIPE TO WITHDRAW PROOF OF CLAIM #3*

TO THE CLERK:

Kindly withdraw Proof of Claim # 3 on behalf of TD Bank, N.A., successor to Commerce Bank, N.A., in the above matter.

BERGER LAW GROUP, PC

Dated: April 18, 2017          By:  /s/:  Phillip D. Berger, Esq.
                                    PHILLIP D. BERGER, ESQUIRE
                                    11 Elliott Avenue, Suite 100
                                    Bryn Mawr, PA  19010
                                    (610) 668-0800
                                    PA ID #58942