UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

DMITRY KIPERVAS

Chapter 13

Debtor.

Bankruptcy 14-19653

## ORDER APPROVING STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

And now, this 4th day of May, 2017 ~~the terms and conditions of the foregoing stipulation are hereby approved by the Court~~.

the Stipulation between the Debtor and Stonebridge Condominium Association (Doc. # 254) is APPROVED.

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**