IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   Dmitry Kipervas<br>              Debtor.<br>Nationstar Mortgage LLC as servicer for Wilmington Trust, National Association, as successor Trustee to CitiBank, N.A., as Trustee to Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-15<br>              Movant,<br>v.<br>Dmitry Kipervas<br>              Debtor,<br><br>William C. Miller, Trustee,<br>              Additional Respondent. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>14-19653/ELF<br><br>11 U.S.C. § 362<br><br>August 15, 2017 at 1:00 PM<br><br>Courtroom # 1 |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    Nationstar Mortgage LLC as servicer for Wilmington Trust, National Association, as successor Trustee to CiitBank, N.A., as Trustee to Structured Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2005-15 has filed a Motion to Approve the Loan Modification with the Court.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the modification sought in the motion or if you want the court to consider your views on the motion, then on or before August 5, 2017 you or your attorney must do all of the following:

        (a)    file an Answer explaining your position at United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.
If you mail your Answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to Movant's attorney:
        Kevin S. Frankel, Esquire
        Shapiro & DeNardo, LLC
        3600 Horizon Drive, Suite 150, King of Prussia, PA 19406
        Phone: (610)278-6800
        Fax: (847) 954-4809

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the modification requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the HONORABLE ERIC L. FRANK on August 15, 2017 at 1:00 PM in Courtroom #1, United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

    4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an Answer.

        Respectfully submitted,

Dated:  July 18, 2017        BY:/s/ Kevin S. Frankel
        Kevin S. Frankel, Esquire
        Shapiro & DeNardo, LLC
        3600 Horizon Drive, Suite 150
        King of Prussia, PA 19406
        (610)278-6800/ fax (847) 954-4809
S&D File #:15-049167        PA BAR ID #318323
        pabk@logs.com