United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dmitry Kipervas  
    Debtor

Case No. 14-19653-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 2     Date Rcvd: Aug 16, 2017  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2017.  
db            +Dmitry Kipervas,   2760 Sunflower Way,   Huntingdon Valley, PA 19006-5444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2017 at the address(es) listed below:
       CAROL B. MCCULLOUGH    on behalf of Debtor Dmitry  Kipervas mccullougheisenberg@gmail.com, G25217@notify.cincompass.com
       DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage LLC BNCmail@w-legal.com, DanS@w-legal.com
       DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    BANK OF AMERICA, N.A. debersole@hoflawgroup.com, bbleming@hoflawgroup.com
       DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Bank of America, N.A. c/o Shellpoint Mortgage Servicing debersole@hoflawgroup.com, bbleming@hoflawgroup.com
       GLENN M. ROSS    on behalf of Creditor    Stonebridge Condominium Association glennrosspc@comcast.net
       JEREMY JOHN KOBESKI    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
       JEROME B. BLANK    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
       JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC ITS SERVICING AGENT bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
       KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
       KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
       LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
       LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
       LEEANE O. HUGGINS    on behalf of Creditor    JPMorgan Chase Bank, National Association et al. pabk@logs.com
       LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
       MARIO J. HANYON    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
       MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com
       PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov
       PHILLIP D. BERGER    on behalf of Creditor    TD Bank, N.A., successor to Commerce Bank, N.A. berger@bergerlawpc.com, kaufmann@bergerlawpc.com
       THOMAS I. PULEO    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC ITS SERVICING AGENT tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
       WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
       WILLIAM EDWARD CRAIG    on behalf of Creditor    American Credit Acceptance c/o Morton & Craig LLC ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

```
District/off: 0313-2          User: PaulP              Page 2 of 2                   Date Rcvd: Aug 16, 2017
                              Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
         WILLIAM EDWARD MILLER    on behalf of Creditor    PennyMac Loan Services, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
         WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
         WILLIAM EDWARD MILLER    on behalf of Creditor    Bank of America, N. A. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                       TOTAL: 29

Case 14-19653-elf    Doc 281    Filed 08/18/17    Entered 08/19/17 01:04:43    Desc
Imaged Certificate of Notice    Page 2 of 3

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    DMITRY KIPERVAS, | : | |
|        Debtor | : | Bky. No.  14-19653  ELF |

## O R D E R

     **AND NOW,** upon consideration of the Motion to Approve Mortgage Modification ("the Motion") (Doc. # 273) filed by **Nationstar Mortgage LLC** ("the Lender"), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and to the extent that relief from the automatic stay is necessary for the parties to enter into the transaction, such relief is **GRANTED** to the Lender.

3. Except as provided in Paragraph 4 below, if applicable, the confirmed plan remains **IN FULL FORCE AND EFFECT** and **THE TRUSTEE MAY DISTRIBUTE THE PLAN PAYMENTS** as provided in the plan.

4. If: (a) the confirmed chapter 13 plan provides for the cure of prepetition arrears under 11 U.S.C. §1322(b)(5) and (b) the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, **THE TRUSTEE SHALL MAKE NO FURTHER DISTRIBUTION TO THE LENDER** on account of the Lender's claim for pre-petition arrears under the confirmed chapter 13 plan and shall distribute the plan payments in accordance with the other provisions of the confirmed plan.

**Date: August 16, 2017**

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**