```
            UNITED STATES BANKRUPTCY COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DMITRY KIPERVAS                      CHAPTER 13

   DEBTOR                          BANKRUPTCY 14-19653

## ORDER

AND NOW, to wit, this _____, day of _____, 2017, it is hereby ordered and decreed that debtor Dmitry Kipervis defaulted on the agreement between himself and the creditor Stonebridge Condominium Association.  Pursuant to said agreement, Attorney for Kipervas, Carol McCullough, will prepare and sign a stipulation to re-enter the judgment against Kipervas, that was satisfied pursuant to this stipulation.  It is further ordered that there shall be no restrictions on execution proceedings subsequent to the entry of said judgment

                    By the Court:

                    _____