UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DMITRY KIPERVAS | CHAPTER 13 |
| DEBTOR | BANKRUPTCY 14-19653 |

## O R D E R

AND NOW, this __24th__ day of August 2017, upon the filing of a Certification of Default under the parties prior Stipulation (Doc. # 254), it is hereby **ORDERED** that Stonebridge Condominium Association is entitled to enforce the remedies provided by Stipulation, including the entry and enforcement of a judgment in state court on account of unpaid postpetition condominium assessments, fees and charges.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**