United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                        Case No. 14-19653-elf
Dmitry Kipervas                                                                               Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP                  Page 1 of 2                 Date Rcvd: Aug 24, 2017
                              Form ID: pdf900              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 26, 2017.
db             +Dmitry Kipervas,    2760 Sunflower Way,    Huntingdon Valley, PA 19006-5444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 24, 2017 at the address(es) listed below:
      CAROL B. MCCULLOUGH   on behalf of Debtor Dmitry  Kipervas mccullougheisenberg@gmail.com,
       G25217@notify.cincompass.com
      DANIEL BRETT SULLIVAN   on behalf of Creditor    Nationstar Mortgage LLC BNCmail@w-legal.com,
       DanS@w-legal.com
      DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    BANK OF AMERICA, N.A.
       debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
      DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Bank of America, N.A. c/o Shellpoint Mortgage
       Servicing debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
      GLENN M. ROSS    on behalf of Creditor    Stonebridge Condominium Association
       glennrosspc@comcast.net
      JEREMY JOHN KOBESKI   on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
      JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
       chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES,
       LLC ITS SERVICING AGENT bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC Et Al...
       bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
      KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
      KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
      LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
      LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
      LEEANE O. HUGGINS    on behalf of Creditor    JPMorgan Chase Bank, National Association et al.
       pabk@logs.com
      LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      MARIO J. HANYON    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
      MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
       bkecf@milsteadlaw.com
      PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
       james.feighan@phila.gov
      PHILLIP D. BERGER    on behalf of Creditor    TD Bank, N.A., successor to Commerce Bank, N.A.
       berger@bergerlawpc.com,    kaufmann@bergerlawpc.com
      THOMAS I. PULEO    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC
       ITS SERVICING AGENT tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor    American Credit Acceptance c/o Morton & Craig LLC
       ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

```
District/off: 0313-2                  User: PaulP                   Page 2 of 2                   Date Rcvd: Aug 24, 2017
                                      Form ID: pdf900               Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         WILLIAM EDWARD MILLER    on behalf of Creditor   BANK OF AMERICA, N.A. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
         WILLIAM EDWARD MILLER    on behalf of Creditor   PennyMac Loan Services, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
         WILLIAM EDWARD MILLER    on behalf of Creditor   BANK OF AMERICA, N.A., AS SUCCESSOR BY  MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
         WILLIAM EDWARD MILLER    on behalf of Creditor   Bank of America, N. A. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                TOTAL: 29

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DMITRY KIPERVAS                              CHAPTER 13

    DEBTOR                                BANKRUPTCY 14-19653

O R D E R

AND NOW, this __24th__ day of August 2017, upon the filing of a Certification of Default under the parties prior Stipulation (Doc. # 254), it is hereby **ORDERED** that Stonebridge Condominium Association is entitled to enforce the remedies provided by Stipulation, including the entry and enforcement of a judgment in state court on account of unpaid postpetition condominium assessments, fees and charges.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**