**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    DMITRY KIPERVAS, | : | |
|       Debtor | : | Bky. No.  14-19653 ELF |

# O R D E R

      **AND NOW,** following a telephone conference with counsel, and by agreement, it is hereby **ORDERED** that:

1. **On or before February 8, 2018**, the parties shall file a Stipulation resolving the Debtor's Motion to Reinstate the Automatic Stay ("the Motion") (Doc. # 216)

2. If a Stipulation is not timely filed, a hearing on the Motion will be held on **February 27, 2018, at 9:30 a.m.**

Date: December 28, 2017

                                      **ERIC L. FRANK**
                                      **CHIEF U.S. BANKRUPTCY JUDGE**