United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-19653-elf
Dmitry Kipervas                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Feb 13, 2018
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13462833        +E-mail/Text: bankruptcy@acacceptance.com Feb 14 2018 01:52:27     American Credit Acceptance,
                 961 East Main St,   Spartanburg SC 29302-2185
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2018 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Dmitry  Kipervas mcculloughheisenberg@gmail.com,
               G25217@notify.cincompass.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    BANK OF AMERICA, N.A.
               debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Bank of America, N.A. c/o Shellpoint Mortgage
               Servicing debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              GLENN M. ROSS    on behalf of Creditor    Stonebridge Condominium Association
               glennrosspc@comcast.net
              JEREMY JOHN KOBESKI    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES,
               LLC ITS SERVICING AGENT bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    JPMorgan Chase Bank, National Association et al.
               pabk@logs.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MARIO J. HANYON    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              PHILLIP D. BERGER    on behalf of Creditor    TD Bank, N.A., successor to Commerce Bank, N.A.
               berger@bergerlawpc.com,    kaufmann@bergerlawpc.com
              THOMAS I. PULEO    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC
               ITS SERVICING AGENT tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Feb 13, 2018
                              Form ID: trc                 Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          WILLIAM EDWARD CRAIG    on behalf of Creditor    American Credit Acceptance c/o Morton & Craig LLC
           ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A. wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    PennyMac Loan Services, LLC
           wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY  MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP
           wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    Bank of America, N. A. wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com

                                                                                                       TOTAL: 29

Case 14-19653-elf    Doc 290    Filed 02/15/18    Entered 02/16/18 01:01:57    Desc
Imaged Certificate of Notice    Page 2 of 3

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-19653-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Dmitry Kipervas
2760 Sunflower Way
Huntingdon Valley PA 19006

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/12/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 5: American Credit Acceptance, 961 East Main St, Spartanburg SC 29302 | JEFFERSON CAPITAL SYSTEMS LLC<br>PO Box 7999<br>St Cloud MN 56302 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/15/18

Tim McGrath
**CLERK OF THE COURT**