STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>     Dmitriy Kipervas<br>          Debtor(s)<br><br>-----------------------------------------------<br><br>Dmitriy Kipervas<br>               Debtor/Movant<br><br>v.<br><br>Bank of America, N.A. c/o Shellpoint Mortgage Servicing<br>               Creditor/Respondent | Chapter: 13<br><br>Bankruptcy Case: 14-19653 ELF<br><br>Judge: FRANK, ERIC L. |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

AND NOW, this __22nd__ day of __June__, 2018, upon consideration of the Stipulation between Debtor and Bank of America, N.A. c/o Shellpoint Mortgage Servicing, it is hereby **ORDERED** that the Stipulation is **APPROVED** and that the automatic stay is **REIMPOSED** as to Bank of America, N.A., subject to the terms of the Stipulation.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**