United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-19653-elf
Dmitry Kipervas                                                           Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Jennifer         Page 1 of 2         Date Rcvd: Jun 22, 2018
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2018.
db             +Dmitry Kipervas,    2760 Sunflower Way,    Huntingdon Valley, PA 19006-5444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Debtor Dmitry  Kipervas mcculloughesenberg@gmail.com,
               G25217@notify.cincompass.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Bank of America N.A
               cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    BANK OF AMERICA, N.A.
               debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Bank of America, N.A. c/o Shellpoint Mortgage
               Servicing debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              GLENN M. ROSS    on behalf of Creditor    Stonebridge Condominium Association
               glennrosspc@comcast.net
              JEREMY JOHN KOBESKI    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES,
               LLC ITS SERVICING AGENT bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    JPMorgan Chase Bank, National Association et al.
               pabk@logs.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MARIO J. HANYON    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              PHILLIP D. BERGER    on behalf of Creditor    TD Bank, N.A., successor to Commerce Bank, N.A.
               berger@bergerlawpc.com,    kaufmann@bergerlawpc.com
              THOMAS I. PULEO    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC
               ITS SERVICING AGENT tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com

```
District/off: 0313-2          User: Jennifer              Page 2 of 2           Date Rcvd: Jun 22, 2018
                              Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      WILLIAM EDWARD CRAIG    on behalf of Creditor    American Credit Acceptance c/o Morton & Craig LLC
       ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
      WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A. wmiller@sterneisenberg.com,
       bkecf@sterneisenberg.com
      WILLIAM EDWARD MILLER    on behalf of Creditor    PennyMac Loan Services, LLC
       wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
      WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY  MERGER TO
      BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP
       wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
      WILLIAM EDWARD MILLER    on behalf of Creditor    Bank of America, N. A. wmiller@sterneisenberg.com,
       bkecf@sterneisenberg.com

                                                                                          TOTAL: 30

STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>    Dmitriy Kipervas<br>    Debtor(s)<br><br>---------------------------------------------<br><br>Dmitriy Kipervas<br>                    Debtor/Movant<br><br>v.<br><br>Bank of America, N.A. c/o Shellpoint Mortgage Servicing<br>                    Creditor/Respondent | Chapter: 13<br><br>Bankruptcy Case: 14-19653 ELF<br><br>Judge: FRANK, ERIC L. |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

AND NOW, this __22nd__ day of __June__, 2018, upon consideration of the Stipulation between Debtor and Bank of America, N.A. c/o Shellpoint Mortgage Servicing, it is hereby **ORDERED** that the Stipulation is **APPROVED** and that the automatic stay is **REIMPOSED** as to Bank of America, N.A., subject to the terms of the Stipulation.

_____
    **ERIC L. FRANK**
    **U.S. BANKRUPTCY JUDGE**