United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 14-19653-elf
Dmitry Kipervas                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 2              Date Rcvd: Nov 14, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db             +Dmitry Kipervas,    2760 Sunflower Way,    Huntingdon Valley, PA 19006-5444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Plaintiff Dmitry  Kipervas mccullougheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CAROL B. MCCULLOUGH    on behalf of Debtor Dmitry  Kipervas mccullougheisenberg@gmail.com,
               G25217@notify.cincompass.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor   Bank of America N.A
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    BANK OF AMERICA, N.A.
               debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Bank of America, N.A. c/o Shellpoint Mortgage
               Servicing debersole@hoflawgroup.com, bbleming@hoflawgroup.com
              DAVID FITZGIBBON    on behalf of Defendant    Ocwen Financial Corporation dfitzgibbon@stradley.com
              DAVID FITZGIBBON    on behalf of Defendant    Ocwen Loan Servicing LLC dfitzgibbon@stradley.com
              GLENN M. ROSS    on behalf of Creditor    Stonebridge Condominium Association
               glennrosspc@comcast.net
              JEREMY JOHN KOBESKI    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES,
               LLC ITS SERVICING AGENT bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    JPMorgan Chase Bank, National Association et al.
               pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MARIO J. HANYON    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHELLE HOPE BADOLATO    on behalf of Defendant    Ocwen Loan Servicing LLC mbadolato@stradley.com,
               bfecker@stradley.com
              MICHELLE HOPE BADOLATO    on behalf of Defendant    Ocwen Financial Corporation
               mbadolato@stradley.com, bfecker@stradley.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Nov 14, 2018
                              Form ID: pdf900          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          PHILLIP D. BERGER    on behalf of Creditor    TD Bank, N.A., successor to Commerce Bank, N.A. berger@bergerlawpc.com, kaufmann@bergerlawpc.com
          STEFAN  RICHTER    on behalf of Creditor    Estates of Huntingdon Valley srichter@clemonslaw.com
          THOMAS I. PULEO    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC ITS SERVICING AGENT tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    American Credit Acceptance c/o Morton & Craig LLC ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    Bank of America, N. A. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    PennyMac Loan Services, LLC wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY  MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A. wmiller@sterneisenberg.com, bkecf@sterneisenberg.com

                                                                                            TOTAL: 36

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE **Dimitry Kipervas** | CHAPTER 13 |
| Debtor. : | BANKRUPTCY NO. **14-19653-elf** |

### STIPULATION

Pursuant to the Motion for Relief from the Automatic Stay, filed by The Estates at Huntingdon Valley Homeowners Association Movant and Debtor, Dimitry Kipervas hereby stipulate and agree as follows:

1. The parties hereby agree that the automatic stay under 11 U,S.C. 362(a) shall remain in full force and effect provided that Debtor makes payment to Estates at Huntingdon Valley as follows: Estates at Huntingdon Valley acknowledges receipt of a personal check in the amount of $729.00. Beginning December 1, 2018 and on every first of the month thereafter until the balance of Debtor's delinquency is brought to a zero balance, Debtor shall make payment to Movant in the amount of $500.00. In addition to the foregoing monthly payment of $500.00 toward the delinquency, Debtor shall make timely payment of all regular and special assessments and charges as they become due. Payments which are not received timely will be subject to late charges.

2. Should Debtor fail to make timely payments as provided herein or should any payment be returned, Estates at Huntingdon Valley agrees to give to Debtor ten (10) days written notice of default, mailed first class mail, postage prepaid to Debtor, and counsel for Debtor.

3. Should Debtor fail to make any of the payments as aforesaid within ten (10) days of the date of the written notice of default, Estates at Huntingdon Valley may file a Certification of Default with the Bankruptcy Court, and an Order shall be entered without further notice or court appearance, granting The Estates at Huntingdon Valley Homeowners Association Relief from the Automatic Stay as requested in its Motion.

4. Conversion of the instant case into a Chapter 7 shall constitute default

hereunder, and entitle Estates at Huntingdon Valley to a send a notice of default pursuant to paragraphs 4 and 5 hereof, and if not cured, obtain Relief from the Automatic Stay.

Clemons Richter & Reiss, P.C.

_____
Stefan Richter, Esquire
Attorney for Movant

_____
Carol B. McCullough, Esquire
Attorney for Debtor

# ORDER

The foregoing Stipulation is **APPROVED**.

Date:  11/13/18

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**