**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                         Case No. 14-19653-elf
                                                              Chapter 13
DMITRY KIPERVAS

Debtor(s).

### NOTICE OF APPEARANCE

**Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee for BCAT 2017-19TT**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Christopher M. McMonagle, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Suite 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   */s/  Christopher M. McMonagle, Esquire*
      Christopher M. McMonagle, Esquire,
      Bar No:  316043
      Stern & Eisenberg, PC
      1581 Main Street, Suite 200
      The Shops at Valley Square
      Warrington, PA 18976
      Phone: (215) 572-8111
      Fax: (215) 572-5025
      cmcmonagle@sterneisenberg.com
      Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 19th day of November, 2018, to the following:

Carol B. McCullough
McCullough Eisenberg, LLC
65 West Street Road
Suite A-204
Warminster, PA 18974
mcculougheisenberg@gmail.com
*Attorney for Debtor(s)*

William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
wcmiller@ramapo.com
*Chapter 13 Trustee*

United S. Trustee
Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Dmitry Kipervas
2760 Sunflower Way
Huntingdon Valley, PA 19006
*Debtor(s)*

By:   */s/Christopher M. McMonagle, Esquire*