United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-19653-elf
Dmitry Kipervas                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 3              Date Rcvd: Oct 18, 2019
                              Form ID: 138NEW          Total Noticed: 58

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
```
db             +Dmitry Kipervas,    2760 Sunflower Way,    Huntingdon Valley, PA 19006-5444
cr             +American Credit Acceptance,    c/o Morton & Craig LLC,    110 Marter Avenue, Suite 301,
                 Moorestown, NJ 08057-3124
cr             +BANK OF AMERICA, N.A.,    Stern & Eisenberg, PC,    1581 Main Street,    Suite 200,
                 Warrington, PA 18976-3403
cr             +BANK OF AMERICA, N.A., AS SUCCESSOR BY MERGER TO,    Stern & Eisenberg, PC,    1581 Main Street,
                 Suite 200,    Warrington, PA 18976-3403
cr              Bank of America N.A,    P.O. Box 10826,    Greenville, SC  29603-0826
cr              Bank of America, N.A. c/o Shellpoint Mortgage Serv,    P.O. Box 10826,
                 Greenville, SC  29603-0826
cr              Bank of New York Mellon,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC  29603-0826
cr             +Estates of Huntington Valley,    c/o Stefan Richter, Esquire,    Clemons Richter & Reiss, P.C.,
                 2003 South Easton Road,    Suite 300,    Doylestown, PA 18901-7100
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,     Bankruptcy Department,    PO BOX 630267,
                 Irving, TX  75063)
cr             +Stonebridge Condominium Association,    Stonebridge Condominium Association,
                 c/o Glenn M. Ross, P.C.,    566 S. Bethlehem Pike,    Fort Washington, PA 19034-2108
cr             +TD Bank, N.A., successor to Commerce Bank, N.A.,    1900 Market Street,
                 Phialdelphia, PA 19103-3527
cr             +U.S. Bank National Association,    RAS Crane, LLC,    10700 Abbott’s Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
cr             +Wilmington Savings Fund Society, FSB, et al.,    c/o Stern & Eisenberg, PC,    1581 Main Street,
                 Suite 200,    The Shops at Valley Square,    Warrington, PA 18976-3403
cr             +Wilmington Trust , National Association,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave.suite # 100,    Boca Raton, FL 33487-2853
13497624        Bank of America N.A.,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13664126        Bank of America, N.A.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
13442343       +Chase,    P.O. Box 78420,    Phoenix, AZ 85062-8420
13442344       +Citizens Bank,    P.O. Box 42008,    Providence, RI 02940-2008
13503278       +Deutsche BAnk Nat’l Trust Co. Americas,    Nationstar Mortgage,    PO BOX 619096,
                 Dallas, TX 75261-9096
13475186       +Deutsche Bank Nat’l Trust Co.,    Nationstar Mort. LLC,    PO Box 619096,    Dallas, TX 75261-9096
13503279       +Deutsche Bank Nat’l Trust Co. Americas,    Nationstar Mortgage,    PO BOX 619094,
                 Dallas,  TX 75261-9094
13525917       +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail, Mail code LA4,
                 700 Kansas Lane,    Monroe, LA 71203-4774
13494496       +McCullough Eisenberg, LLC.,    65 West Street Road,    Suite A-204,    Warminster, PA 18974-3229
13442346       +Nationstar Mortgage,    P.O. Box 60516,    City Of Industry, CA 91716-0516
14194804       +Ocwen Financial Corp.,    c/o Brian Seaman, Esq.,    Stradley Ronon Stevens & Young, LLP,
                 2005 Market Street, 26th Floor,    Philadelphia, PA 19103-7098
14194734       +Ocwen Financial Corp.,    c/o David Fitzgibbon, Esq.,    Stradley Ronon Stevens & Young, LLP,
                 2005 Market Street, 26th Floor,    Philadelphia, PA 19103-7098
14194805       +Ocwen Loan Servicing, LLC,    c/o Brian Seaman, Esq.,    Stradley Ronon Stevens & Young, LLC,
                 2005 Market Street, 26th Floor,    Philadelphia, PA 19103-7098
14194735       +Ocwen Loan Servicning, LLC,    c/o David Fitzgibbon, Esq.,    Stradley Ronon Stevens & Young, LLP,
                 2005 Market Street, 26th Floor,    Philadelphia, PA 19103-7098
13487677       +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE,    SUITE #310,    MOORPARK, CA 93021-2602
13439183       +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13442347       +Peco Energy,    P.O. Box 9037,    Addison, TX 75001-9037
13449938       +PennyMac Loan Services, LLC,    C/O Aldridge Connors, LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
13442350       +Reading Area Water Authority,    Arcadia Recovery Bureau, LLC,    P.O. Box 70256,
                 Philadelphia, PA 19176-0256
13442348       +Reading Area Water Authority,    Accounts Recovery Bureau,    P.O. Box 6768,
                 Reading, PA 19610-0768
13442349       +Reading Area Water Authority,    C/O Arcadia Recovery Bureau, Llc,    P.O. Box 70256,
                 Philadelphia, PA 19176-0256
13465089       +Santander Consumer USA Inc,    P.O. Box 560284,    Dallas, TX 75356-0284
13609549       +Stonebridge Condominium Association,    c/o Glenn M. Ross, P.C.,    566 S. Bethlehem Pike,
                 Fort Washington, PA 19034-2108
13441501       +TD Bank, N.A. successor to Commerce Bank, N.A.,    1900 Market Street,
                 Philadelphia, PA 19103-3527
14306110        U.S. BANK NATIONAL  ASSOCIATION ET.AL.,    C/o Thomas Song, Esq.,
                 Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
14306422       +US Bank National Association,    c/o Thomas Song, Esq.,    Phelan Hallinan Diamond & Jones, LLP,
                 1617 JFK Blvd., Suite 1400,    Philadelphia, PA 19103-1814
13504997       +Wells Fargo Bank, N.A.,    MAC# T7416-023,    4101 Wiseman Boulevard,
                 San Antonio, TX 78251-4200
13442352       +Wells Fargo Home Mortgage,    Po Box 105693,    Atlanta, GA 30348-5693
```

```
District/off: 0313-2               User: PaulP                Page 2 of 3                   Date Rcvd: Oct 18, 2019
                                   Form ID: 138NEW            Total Noticed: 58


14233795       +Wilmington Savings Fund Society, FSB,    c/o Christopher M McMonagle, Esq.,
                 Stern & Eisenberg, PC,    1581 Main Street, Suite 200,    Warrington, PA 18976-3403
13503276       +Wilmington Trust/Citibank,    Nationstar Mortgage,    PO BOX 619096,    Dallas, TX 75261-9096
13503277       +Wilmington Trust/Citibank,    Nationstar Mortgage,    PO BOX 619094,    Dallas, TX 75261-9094
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:50      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 19 2019 03:46:27      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:51      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13462833       +E-mail/Text: bankruptcy@acacceptance.com Oct 19 2019 03:46:05      American Credit Acceptance,
                 961 East Main St,    Spartanburg SC 29302-2185
13652298        E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:51      City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13528471       +E-mail/Text: megan.harper@phila.gov Oct 19 2019 03:46:51
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13438648       +E-mail/Text: cio.bncmail@irs.gov Oct 19 2019 03:45:12      Department of Treasury,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13456782       +E-mail/Text: bncmail@w-legal.com Oct 19 2019 03:46:15      Deutsche Bank National Trust,
                 C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
14055053        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 19 2019 03:46:19      JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,    St Cloud MN 56302
13442345       +E-mail/Text: Bankruptcies@nragroup.com Oct 19 2019 03:47:19      National Recovery Agency,
                 P.O. Box 67015,    Harrisburg, PA 17106-7015
13465587        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 19 2019 03:45:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13442351        E-mail/Text: bankruptcy@td.com Oct 19 2019 03:46:09      TD Bank,    P.O. Box 5600,
                 Lewiston, ME  04243
13494391       +E-mail/Text: bncmail@w-legal.com Oct 19 2019 03:46:15      Wilmington Trust National Association,
                 C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                                TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank Trust Company Americas as
cr              Deutsche Bank Trust Company Americas as Trustee fo
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*             Bank Of America N.A.,    c/o Shellpoint Mortgage Servicing,    P.O. Box 10826,
                 Greenville, SC  29603-0826
cr*             Bank of America, N. A.,    c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC  29603-0826
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital Systems LLC,    PO Box 7999,
                 St Cloud, MN  56302-9617)
cr*            +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
13502071*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    PO Box 619096,    Dallas, TX 75261-9741)
                                                                                               TOTALS: 2, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: PaulP              Page 3 of 3              Date Rcvd: Oct 18, 2019
                              Form ID: 138NEW          Total Noticed: 58
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2019 at the address(es) listed below:

```
              CAROL B. MCCULLOUGH    on behalf of Defendant    Ocwen Financial Corporation
               mcculloughheisenberg@gmail.com,    cbmccullough64@gmail.com
              CAROL B. MCCULLOUGH    on behalf of Defendant    Ocwen Loan Servicing LLC
               mcculloughheisenberg@gmail.com,    cbmccullough64@gmail.com
              CAROL B. MCCULLOUGH    on behalf of Plaintiff Dmitry   Kipervas mcculloughheisenberg@gmail.com,
               cbmccullough64@gmail.com
              CAROL B. MCCULLOUGH    on behalf of Debtor Dmitry   Kipervas mcculloughheisenberg@gmail.com,
               cbmccullough64@gmail.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al.
               cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Bank of America N.A
               cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Bank of America, N.A. c/o Shellpoint Mortgage
               Servicing debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    BANK OF AMERICA, N.A.
               debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              DAVID  FITZGIBBON    on behalf of Defendant    Ocwen Financial Corporation dfitzgibbon@stradley.com
              DAVID  FITZGIBBON    on behalf of Defendant    Ocwen Loan Servicing LLC dfitzgibbon@stradley.com
              GLENN M. ROSS    on behalf of Creditor    Stonebridge Condominium Association
               glennrosspc@comcast.net
              JEREMY JOHN KOBESKI    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES,
               LLC ITS SERVICING AGENT bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    JPMorgan Chase Bank, National Association et al.
               pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MARIO J. HANYON    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHELLE HOPE BADOLATO    on behalf of Defendant    Ocwen Financial Corporation
               mbadolato@stradley.com,    bfecker@stradley.com
              MICHELLE HOPE BADOLATO    on behalf of Defendant    Ocwen Loan Servicing LLC mbadolato@stradley.com,
               bfecker@stradley.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              PHILLIP D. BERGER    on behalf of Creditor    TD Bank, N.A., successor to Commerce Bank, N.A.
               berger@bergerlawpc.com,    kaufmann@bergerlawpc.com
              STEFAN  RICHTER    on behalf of Creditor    Estates of Huntingdon Valley srichter@clemonslaw.com
              THOMAS I. PULEO    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC
               ITS SERVICING AGENT tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK NATIONAL  ASSOCIATION ET.AL.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Credit Acceptance ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Bank of America, N. A. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    PennyMac Loan Services, LLC
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY  MERGER TO
               BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP
               wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
                                                                                             TOTAL: 40
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Dmitry Kipervas
        Debtor(s)                                   Bankruptcy No: 14−19653−elf
                                                    Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                            900 Market Street
                                Suite 400
                           Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                                   For The Court
                                                                        Timothy B. McGrath
                                                                         Clerk of Court

Dated: 10/18/19

                                                                                                                316 – 315
                                                                                                              Form 138_new