United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-19653-elf
Dmitry Kipervas                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 2              Date Rcvd: Nov 14, 2019
                             Form ID: 212            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db            +Dmitry Kipervas,    2760 Sunflower Way,    Huntingdon Valley, PA 19006-5444

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
              CAROL B. MCCULLOUGH    on behalf of Defendant    Ocwen Loan Servicing LLC
               mcculloughheisenberg@gmail.com,    cbmccullough64@gmail.com
              CAROL B. MCCULLOUGH    on behalf of Plaintiff Dmitry  Kipervas mcculloughheisenberg@gmail.com,
               cbmccullough64@gmail.com
              CAROL B. MCCULLOUGH    on behalf of Debtor Dmitry  Kipervas mcculloughheisenberg@gmail.com,
               cbmccullough64@gmail.com
              CAROL B. MCCULLOUGH    on behalf of Defendant    Ocwen Financial Corporation
               mcculloughheisenberg@gmail.com,    cbmccullough64@gmail.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al.
               cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Bank of America N.A
               cmcmonagle@sterneisenberg.com,    bkecf@sterneisenberg.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    BANK OF AMERICA, N.A.
               debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Bank of America, N.A. c/o Shellpoint Mortgage
               Servicing debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
              DAVID  FITZGIBBON    on behalf of Defendant    Ocwen Financial Corporation dfitzgibbon@stradley.com
              DAVID  FITZGIBBON    on behalf of Defendant    Ocwen Loan Servicing LLC dfitzgibbon@stradley.com
              GLENN M. ROSS    on behalf of Creditor    Stonebridge Condominium Association
               glennrosspc@comcast.net
              JEREMY JOHN KOBESKI    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES,
               LLC ITS SERVICING AGENT bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    JPMorgan Chase Bank, National Association et al.
               pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MARIO J. HANYON    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Nov 14, 2019
                              Form ID: 212            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          MICHELLE HOPE BADOLATO    on behalf of Defendant    Ocwen Loan Servicing LLC mbadolato@stradley.com,
           bfecker@stradley.com
          MICHELLE HOPE BADOLATO    on behalf of Defendant    Ocwen Financial Corporation
           mbadolato@stradley.com,    bfecker@stradley.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          PHILLIP D. BERGER    on behalf of Creditor    TD Bank, N.A., successor to Commerce Bank, N.A.
           berger@bergerlawpc.com,    kaufmann@bergerlawpc.com
          STEFAN  RICHTER    on behalf of Creditor    Estates of Huntingdon Valley srichter@clemonslaw.com
          THOMAS I. PULEO    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC
           ITS SERVICING AGENT tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK NATIONAL  ASSOCIATION ET.AL.
           paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    American Credit Acceptance ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    Bank of America, N. A. wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    PennyMac Loan Services, LLC
           wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY  MERGER TO
           BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP
           wmiller@sterneisenberg.com,    bkecf@sterneisenberg.com
          WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A. wmiller@sterneisenberg.com,
           bkecf@sterneisenberg.com
                                                                                             TOTAL: 40
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                    Chapter: 13

    Dmitry Kipervas

Debtor(s)                                                 Case No: 14–19653–elf

_____

*ORDER*

    AND NOW, 11/14/19 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

    Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

    And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

    Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

    ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

    ☐ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

    For The Court

    Eric L. Frank

    Judge ,United States Bankruptcy Court