United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 14-19653-elf
Dmitry Kipervas                                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Nov 29, 2019
                              Form ID: 3180W           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2019.
```
db           +Dmitry Kipervas,    2760 Sunflower Way,    Huntingdon Valley, PA 19006-5444
13525917     +JPMorgan Chase Bank, National Association,    Attn: Correspondence Mail, Mail code LA4,
               700 Kansas Lane,    Monroe, LA 71203-4774
13494496     +McCullough Eisenberg, LLC.,    65 West Street Road,    Suite A-204,    Warminster, PA 18974-3229
13502071    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,     PO Box 619096,    Dallas, TX 75261-9741)
13487677     +PENNYMAC LOAN SERVICES, LLC,    6101 CONDOR DRIVE,    SUITE #310,    MOORPARK, CA 93021-2602
13439183     +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
13609549     +Stonebridge Condominium Association,    c/o Glenn M. Ross, P.C.,    566 S. Bethlehem Pike,
               Fort Washington, PA 19034-2108
13441501     +TD Bank, N.A. successor to Commerce Bank, N.A.,    1900 Market Street,
               Philadelphia, PA 19103-3527
13504997     +Wells Fargo Bank, N.A.,    MAC# T7416-023,    4101 Wiseman Boulevard,
               San Antonio, TX 78251-4200
14420447      Wilmington Savings Fund Society, FSB, not in its i,    c/o NewRez LLC dba Shellpoint Mortgage S,
               P.O. Box 10826,    Greenville, SC 29603-0826
13503276     +Wilmington Trust/Citibank,    Nationstar Mortgage,    PO BOX 619096,    Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Nov 29 2019 22:39:35     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 29 2019 22:39:23     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13462833     +EDI: ACBK.COM Nov 30 2019 03:38:00      American Credit Acceptance,    961 East Main St,
               Spartanburg SC 29302-2185
13652298      E-mail/Text: megan.harper@phila.gov Nov 29 2019 22:39:36     City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
13528471     +E-mail/Text: megan.harper@phila.gov Nov 29 2019 22:39:35     CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,     MUNICIPAL SERVICES BUILDING,
               1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13438648     +EDI: IRS.COM Nov 30 2019 03:38:00      Department of Treasury,    Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
13456782     +E-mail/Text: bncmail@w-legal.com Nov 29 2019 22:39:17     Deutsche Bank National Trust,
               C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
14055053      EDI: JEFFERSONCAP.COM Nov 30 2019 03:38:00     JEFFERSON CAPITAL SYSTEMS LLC,    PO Box 7999,
               St Cloud MN 56302
14055053      E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 29 2019 22:39:19     JEFFERSON CAPITAL SYSTEMS LLC,
               PO Box 7999,    St Cloud MN 56302
13465587      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 29 2019 22:39:06     Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
               Harrisburg, PA 17128-0946
13465089     +EDI: DRIV.COM Nov 30 2019 03:38:00      Santander Consumer USA Inc,    P.O. Box 560284,
               Dallas, TX 75356-0284
13494391     +E-mail/Text: bncmail@w-legal.com Nov 29 2019 22:39:17     Wilmington Trust National Association,
               C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2019                                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2              User: admin                Page 2 of 2                  Date Rcvd: Nov 29, 2019
                                  Form ID: 3180W             Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2019 at the address(es) listed below:

```
              CAROL B. MCCULLOUGH    on behalf of Defendant    Ocwen Loan Servicing LLC
               mcculloughheisenberg@gmail.com, cbmccullough64@gmail.com
              CAROL B. MCCULLOUGH    on behalf of Plaintiff Dmitry  Kipervas mcculloughheisenberg@gmail.com,
               cbmccullough64@gmail.com
              CAROL B. MCCULLOUGH    on behalf of Debtor Dmitry  Kipervas mcculloughheisenberg@gmail.com,
               cbmccullough64@gmail.com
              CAROL B. MCCULLOUGH    on behalf of Defendant    Ocwen Financial Corporation
               mcculloughheisenberg@gmail.com, cbmccullough64@gmail.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Wilmington Savings Fund Society, FSB, et al.
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Bank of America N.A
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              DANIEL BRETT SULLIVAN    on behalf of Creditor    Nationstar Mortgage LLC BNCmail@w-legal.com,
               DanS@w-legal.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Bank of America, N.A. c/o Shellpoint Mortgage
               Servicing debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    BANK OF AMERICA, N.A.
               debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              DAVID FITZGIBBON    on behalf of Defendant    Ocwen Financial Corporation dfitzgibbon@stradley.com
              DAVID FITZGIBBON    on behalf of Defendant    Ocwen Loan Servicing LLC dfitzgibbon@stradley.com
              GLENN M. ROSS    on behalf of Creditor    Stonebridge Condominium Association
               glennrosspc@comcast.net
              JEREMY JOHN KOBESKI    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              JILL MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES,
               LLC ITS SERVICING AGENT bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    PENNYMAC HOLDINGS, LLC Et Al...
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC, et al pa-bk@logs.com
              KRISTEN D. LITTLE    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC, et al pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    JPMorgan Chase Bank, National Association et al.
               pabk@logs.com
              LEROY W. ETHERIDGE, JR.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              MARIO J. HANYON    on behalf of Creditor    Pennymac Holdings, LLC paeb@fedphe.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHELLE HOPE BADOLATO    on behalf of Defendant    Ocwen Financial Corporation
               mbadolato@stradley.com, bfecker@stradley.com
              MICHELLE HOPE BADOLATO    on behalf of Defendant    Ocwen Loan Servicing LLC mbadolato@stradley.com,
               bfecker@stradley.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              PHILLIP D. BERGER    on behalf of Creditor    TD Bank, N.A., successor to Commerce Bank, N.A.
               berger@bergerlawpc.com, kaufmann@bergerlawpc.com
              STEFAN RICHTER    on behalf of Creditor    Estates of Huntingdon Valley srichter@clemonslaw.com
              THOMAS I. PULEO    on behalf of Creditor    PENNYMAC HOLDINGS, LLC BY PENNYMAC LOAN SERVICES, LLC
               ITS SERVICING AGENT tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    U.S. BANK NATIONAL  ASSOCIATION ET.AL.
               paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    American Credit Acceptance ecfmail@mortoncraig.com,
               mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Bank of America, N. A. wmiller@sterneisenberg.com,
               bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    PennyMac Loan Services, LLC
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    BANK OF AMERICA, N.A., AS SUCCESSOR BY  MERGER TO
               BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                             TOTAL: 40
```

| **Information to identify the case:** | |
|---|---|
| Debtor 1 **Dmitry Kipervas** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–8554** <br> EIN __–_____ |
| Debtor 2 (Spouse, if filing) <br> First Name  Middle Name  Last Name | Social Security number or ITIN ____ <br> EIN __–_____ |
| United States Bankruptcy Court **Eastern District of Pennsylvania** | |
| Case number: **14–19653–elf** | |

# Order of Discharge                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dmitry Kipervas

11/28/19                                        **By the court:**        Eric L. Frank
                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W                           **Chapter 13 Discharge**                           page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**